## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Plaintiff*, | Civil No. |
| v. | |
| $20,000.00 IN UNITED STATES<br>CURRENCY<br>    *Defendant*. | |
| [CLAIMANT: DERICK SANJURJO] | October 11, 2023 |

## **VERIFIED COMPLAINT OF FORFEITURE**

Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.      This is an action for forfeit and condemn to the use and benefit of the United States of America the following property: $20,000.00 in United States Currency seized on May 22, 2023, which constitutes proceeds from a controlled substance offense under 21 U.S.C. § 881(a)(6).

### THE DEFENDANT IN REM

2.      The defendant is: $20,000.00 in United States Currency.

### JURISDICTION AND VENUE

3.      Plaintiff brings this action in rem to forfeit and condemn the Defendant Asset. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

4.      This Court has in rem jurisdiction over the Defendants under 28 U.S.C. 1355(b). Upon

the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant in

rem pursuant to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or

omissions give rise to the forfeiture occurred in this district.

BASIS FOR FORFEITURE

6.      The Defendant Asset is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) for

violations of 21 U.S.C. § 841.

7.      The United States and the Claimant, Derick Sanjurjo, have reached an agreement. The

terms of the agreement are embodied in a Stipulated Forfeiture Agreement attached

hereto as Exhibit A. Pursuant to the agreement, the Claimant has agreed to the forfeiture

of 50% of the In Rem Defendant to the United States and, the United States of America

agrees to return 50% of the In Rem Defendant to the Claimant.

WHEREFORE, the United States of America prays that a Warrant of Arrest In Rem be

issued for $20,000.00 in United States Currency; that due notice be given to all parties to appear

and show cause why the forfeiture should not be decreed; that judgment be entered declaring the

In Rem Defendant to be condemned and forfeited to the United States of America for disposition

according to law; and that the United Stats of America be granted such other and further relief as

this Court may deem just and proper.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ David C. Nelson
DAVID C. NELSON (ct25640)
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
T: (203) 821-3700
F: (203) 773-5373
E-Mail: david.c.nelson@usdoj.gov

<u>DECLARATION</u>

I am a Trooper with the Connecticut State Police and the officer assigned the

responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true

to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  11th day of October, 2023.

<u>/s/ Mark Aldasch</u>
MARK ALDASCH
CONNECTICUT STATE POLICE